# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2023

March 29, 2023

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11C
New York, New York 10007

> Request GRANTED. The Initial Pre-trial conference is adjourned to Tuesday, April 18, 2023, at 12:00 p.m. SO ORDERED.
>
> Dated: 3/29/2023   /s/ Stewart D. Aaron

      **Re:**    **Reyes v. Cuautla Morelos Restaurant, Corp., et al**
             **Case 1:23-cv-00585-ALC-SDA**

Dear Judge Aaron:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pre-Trial Conference in this matter is currently scheduled for April 6, 2023 at 2:00 p.m. in Your Honor's Courtroom. However, since this date falls within the feast of Passover, Plaintiff's counsel, who is observant, will not be attending said Conference scheduled during Passover, and hereby respectfully requests an adjournment of this Conference be reset to within two weeks after the date of the Conference, or any another date most convenient to the Court.

The undersigned has conferred with the opposing counsel, who have consented to this motion.

This is the undersigned counsel's first request for adjournment. Thank you for your consideration of this request.

                                    Sincerely,

                                      By: /S/ B. Bradley Weitz
                                          B. Bradley Weitz, Esq. (BW 9365)
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com