USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario J. Reyes,

                Plaintiff,

-against-

Cuautla Morelos Restaurant Corp. et al.,

                Defendants.

1:23-cv-00585 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In accordance with the Case Management Plan (ECF No. 16), the parties were to file a joint letter by April 28, 2023 indicating whether the case has been resolved or if the parties wish to be referred to mediation. As of the date of this Order, and despite an email reminder, the Court has not received the joint letter. The parties shall file it no later than May 11, 2023.

**SO ORDERED.**

DATED:    New York, New York
                May 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge